**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR412** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **SCOTT JENSEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Susan M. Bazis to allow her to withdraw as court-appointed counsel for the defendant Scott Jensen [30] due to the fact that Ms. Bazis has been appointed to the Douglas County Court Bench.

IT IS ORDERED:

1.      That the Motion to Withdraw [30] as court-appointed counsel is granted;

2.      That Beau G. Finley is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

3.      Susan M. Bazis shall be deemed withdrawn as attorney of record and  shall forthwith provide Beau G. Finley with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Bazis  which are material to the defendant's defense.

4.      That the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

DATED this 22nd day of March, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge